November 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ALPER KARAALI, Appellant

NO. 14-11-00577-CV            V.

PETROLEUM WHOLESALE, L.P., Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Petroleum Wholesale, L.P., signed May 17, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Alper Karaali, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.